UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 26-2449-FLA (AYP)                          Date: March 24, 2026

Title   H.R.G.A v. Jaime Rios et al.

Present:  The Honorable:   ANNA Y. PARK, UNITED STATES MAGISTRATE JUDGE

| M. Pogosyan | |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings: PETITIONER'S MOTION TO PROCEED VIA PSEUDONYM**

On March 6, 2026, Petitioner H.R.G.A. filed a Motion to Proceed Via Pseudonym in his petition for habeas corpus and for entry of a protective order protecting his identity.  (Dkt. No. 4.) No opposition was filed by the Respondents.

The Court finds the *Does I thru XXIII* balancing factors weigh in favor of granting the Petitioners request.  The Court finds this is the type of "unusual case" when nondisclosure of the party's identity "is necessary . . . to protect a person from harassment, injury, ridicule or personal embarrassment." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067–68 (9th Cir. 2000).

Good cause having been shown, IT IS HEREBY ORDERED that:

1. Petitioner's Motion to Proceed Via Pseudonym is GRANTED;

2. Petitioner may proceed under his initials H.R.G.A.in support of his Petition for Habeas Corpus;

3. Petitioner may redact from any exhibits filed in this case;:

a.   His full legal name aside from the first initials of each name; and

b. All but the last three digits of identifiers or case numbers publicly linked to his full legal name, such as drivers' license number, immigration file number ("A-number"), and criminal case numbers;

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 26-2449-FLA (AYP)                              Date: March 24, 2026

Title      H.R.G.A v. Jaime Rios et al.

        c. All digits of his California Department of Corrections and Rehabilitation Inmate number;

        d. Number and street name of home addresses; and

        e. Personal phone numbers.

4. Respondents are ORDERED to use Petitioner's initials in place of Petitioner's legal name in any filings in this litigation; and to redact from any exhibits filed in this litigation:

        a. His full legal name aside from the first initials of each name; and

        b. All but the last three digits of identifiers or case numbers publicly linked to his full legal name, such as drivers' license number, immigration file number ("A-number"), and criminal case numbers;

        c. All digits of his California Department of Corrections and Rehabilitation Inmate number;

        d. Number and street name of home addresses; and

        e. Personal phone numbers.

IT IS SO ORDERED.

                                                        :

**Initials of Preparer**    mp