**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

H.R. G.A.,

Petitioner,

v.

JAIME RIOS, et al.,

Respondents.

Case No. 2:26-CV-02449-CTS

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed October 15, 2026 (ECF No. 26), IT IS ADJUDGED that the Petition is granted.

DATED: October 19, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE